UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
ENRIQUE FALCON,

                                Plaintiff,

           -against-

JP MORGAN CHASE BANK, N.A.,

                                Defendant.
---------------------------------------------------------------------------x

**Civil Action No.:**

**JURY DEMAND**

       PLEASE TAKE NOTICE that pursuant to USCS Fed Rules Civ. Proc. R.38, defendant, JPMORGAN CHASE BANK, N.A. s/i/h/a JP MORGAN CHASE BANK, N.A., by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby demand a trial by jury of each and every issue that is triable by a jury insofar as they are alleged against the defendant in the above-entitled action.

Dated:    White Plains, New York
              September 28, 2023

                                            Respectfully Yours,

                                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                 By: _____
                                   Lindsay Kalick (LK0426)
                                   Attorneys for Defendant
                                   JPMORGAN CHASE BANK, N.A. s/i/h/a
                                   JP MORGAN CHASE BANK, N.A.
                                   1133 Westchester Avenue
                                   White Plains, NY 10604
                                   (914) 872-7696
                                   Lindsay.kalick@wilsonelser.com

TO:   APPELL & PARRINELLI
        John J. Appell, Esq.
        Attorneys for Plaintiff
        3 West 35th Street, 6th Floor
        New York, New York 10001
        (212) 947-0101