USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE FALCON,

Plaintiff,

-against-

JP MORGAN CHASE BANK, N.A.,

Defendant.

23-CV-08566 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties' confidential settlement letters were due on August 7, 2024, one week in advance of the settlement conference now scheduled to take place on Wednesday, August 14, 2024. *See* Sett. Conf. Sched. Order (Dkt. 31) ¶ 3. As of August 9, 2024, only defendant has submitted the required letter. Chambers staff reached out to plaintiff on August 8 and 9, 2024, and left voicemails, but plaintiff has neither responded, nor submitted a settlement letter.

Plaintiff is hereby directed to submit his confidential settlement letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, no later than **5:00 p.m. on August 12, 2024**. The letter must include **all** required information enumerated in the Scheduling Order, including confirmation that the parties have met "in person or by telephone" to exchange "at least one good-faith settlement demand or offer," **and a description of the substance of the most recent demand and offer**. *See* Sett. Conf. Sched. Order ¶¶ 2, 3.

If the parties are, for whatever reason, not yet in a position to make good use of the settlement conference on Wednesday, the Court will adjourn the settlement conference.

Dated: New York, New York
       August 9, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**